the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

A. C. & B. F. Anderson, for plaintiffs in error. Charles Wallace and Charles C. Lee, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Joseph T. Delfosse, appellant, v. Mary A. Whalen, administratrix of the estate of A. M. Applegate, deceased, appellee.**

Suit against administratrix on a promissory note signed by intestate as surety. Judgment for defendant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

George L. Schein and Louis T. Graham, for appellant; Francis L. Brinkman and Ernest Schein, of counsel. W. E. Williams and A. Clay Williams, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**J. F. Hare, coroner, for use of L. J. West, plaintiff in error, v. Clifford Arrowsmith et al., defendants in error.**

Action in debt on a replevin bond. Judgment for defendants. Error to the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of facts and judgment here. Opinion filed April 19, 1921.

A. E. and R. C. DeMange, for plaintiff in error. Livingston & Whitmore, for defendants in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Flora M. Nelson, appellee, v. Richard Elmer Nelson, appellant.**

Suit for separate maintenance. Appeal by defendant from an order allowing attorneys' fees. Appeal from the Circuit Court of Hancock county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Williams & Williams and Mack & Mack, for appellant. O'Harras, Wood & Walker, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Addie M. Tobias, appellee, v. Illinois Central Railroad Company, appellant.**

Action for balance due for services in preparing a bill of exceptions. Verdict and judgment in favor of plaintiff in circuit court on appeal from justice's court. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

H. L. Jones and Oris Barth, for appellant; John G. Drennan, of counsel. Dobbins & Dobbins, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**C. S. Bryant, appellee, v. Joseph Smith, appellant.**

Replevin to recover hogs. Verdict in circuit court in favor of

plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

John G. Friedmeyer, for appellant. William E. Fain, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Etta Harlan, appellee, v. S. F. Schecter, appellant.

Action on contract to procure purchaser for real estate. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Crayton & Boyle and S. F. Schecter, for appellant. No appearance for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Margaret M. Robinson, appellee, v. John B. Robinson, appellant.

Suit for separate maintenance. Decree for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed April 19, 1921.

S. S. Clapper and George B. Rhoads, for appellant. W. C. and W. L. Kelley, for appellee.

Per Curiam.

---

Crane Company, appellant, v. C. E. Sparks et al., appellees.

Suit to foreclose lien on a building for materials furnished. Bill dismissed for want of equity. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

Graham & Dysert, for appellant. Dyer & Dyer, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

Charles McClear, appellee, v. Norman Laundry & Dry Cleaning Company, appellant.

Action for damages for personal injuries received by plaintiff when struck by a truck being operated by defendant's employee. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 4, 1921.

Baldwin & Carey and Livingston & Whitmore, for appellant. Wiley & Morey, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Alexander B. Haenny and Albert J. Haenny, executors of the last will and testament of Jacob R. Haenny, deceased, defendants in error, v. Walker D. Hines, director general of railroads and director general of the Toledo, St. Louis & Western Railroad Company, plaintiff in error.

Action by executors for the death of testator when struck by defendant's train at a street crossing. Judgment for plaintiffs. Er-